**FEE DUE**

**MARVINA MCADORY**
8549 Wilshire Blvd Unit 262
Beverly Hills CA 90211
424-258-9481
*Defendant, In Pro Per*

CLERK, U.S. DISTRICT COURT
MAR 24 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS  DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVALRY SPV I, LLC<br><br>*Plaintiff*<br>vs.<br><br>MARVINA MCADORY,<br>Does 1-6, Inclusive<br><br>*Defendant(s)* | Case No. 2:21-CV-02656-JFW-MRWx<br><br>STATE CASE NO. **21NVVLC08923**<br><br>NOTICE OF REMOVAL OF THE ABOVE ENTITLED CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

## NOTICE OF REMOVAL

TO STATE CASE PLAINTIFF, **CAVALRY SPV I, LLC**, its assignees and/or successors, and all interested parties:

COMES NOW, state case Defendant, MARVINA MCADORY, and hereby respectfully moves to remove this case to the United States District Court for the CENTRAL District of CALIFORNIA. Removal is requested pursuant to the jurisdiction placed on the Federal Courts by § 28 USC, 1332, *et seq.*

The removed case is a civil action filed in the state COURT OF CALIFORNIA IN AND FOR COUNTY OF LOS ANGELES CIVIL DIVISION captioned, CAVALRY SPV I, LLC v. MARVINA MCADORY.

As required by 28 USC Section 1446(a), and local Rules, copies of all process pleadings, Orders and other papers or exhibits filed in the State Court with attached

Marvina McAdory
8549 Wilshire Blvd Unit 262
Beverly Hills CA 90211
424-258-9481
Defendant, Pro Per

SUPERIOR COURT OF THE STATE OF CALIFORNA
FOR THE COUNTY OF LOS ANGELES

CAVALRY SPV I, LLC

Plaintiff,

v.

Marvina McAdory, does 1-10

Defendant(s)

Case No. 21NVVLC08923

DEFENDANTS NOTICE TO THE CLERK OF THE SUPERIOR COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1332, *et seq.* DIVERSITY

Complaint Filed: March 09 2021

TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNA FOR THE COUNTY OF LOS ANGELES AND TO ALL OTHER PARTIES:

PLEASE TAKE NOTICE that on March 22, 2021, this action was removed to the United States District Court, Central District of California, located at 255 E. Temple St., Los Angeles CA 90012. A copy of the Notice of Removal of Action is attached.

Dated: March 22, 2021     By: _____Marvina McAdory_____

Marvina McAdory, defendant, pro per

PROOF OF SERVICE

CASE # 21NVVLC08923

I the undersigned, declare:

I am over the age of 18 years and not a party to the within action. On March 22, 2021, I served the within Defendant's Notice of Removal from State Court to Federal Court, by putting the aforementioned documents in a sealed envelope, affixing a first-class stamp and mailed via U.S. Postal Service, addressed to plaintiff's counsel, Quall Cardot LLP, 205 E. River Park Circle, Ste 110, Fresno, CA 93720.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 22, 2021

_____

Ramon Ortiz

2017 Lomita Blvd Ste 2064

Lomita CA 90717

Exhibits, have been served on the Plaintiff timely.

Venue of this removal is proper under 28 USC Section 1441(a) in the CENTRAL District of CALIFORNIA, because the STATE Court for LOS ANGELES COUNTY cannot have jurisdiction pursuant to matters with the following issues:

- x   Section 1331 (Federal Question); or
- x   Section 1332 (diversity); or
- x   Section 1333 (admiralty, maritime and prize cases); or
- x   any of the other areas over which federal courts have original jurisdiction determining what constitutes a federal question.

### JURISDICTION AND VENUE

1) District courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs…" and is between citizens of different states, 28 U.S.C. § 1332.
2) "[P[lace of residence is prima facie the domicile." *State Farm Mut. Auto.Ins. Co v. Dyer*, 19 F.3d 514, 520 (10th Cir. 1994); *see also Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983); *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Defendant has been and continues to be a citizen of California. Thus, a preponderance of the evidence demonstrates that Defendant is domiciled in California and, as a result, is a citizen, for diversity purposes, of California.
3) Plaintiff is a debt buyer. Plaintiff's main office is located in the state of New York. Thus, Plaintiff is a citizen of New York.
4) There is more than $75,000 in controversy in this action. Defendant seeks damages in the amount of $950,000.00, and as unspecified amount in punitive damages.
5) Accordingly, this court has jurisdiction over this action because the requirements of 28 U.S.C. § 1332(d) are satisfied.

## PARTIES

6) Defendant, Marvina McAdory, a U.S. citizen, is located and resides in the city of Los Angeles CA. She brings this action on behalf of herself.

7) Plaintiff, Cavalry SPV I, LLC, a debt buyer, has accused defendant of owing money on a credit card that defendant never applied for, used or has maintained in defendant's' possession. In light of defendant's heart condition, Plaintiff has been constantly harassing defendant via letters and phone calls, causing defendant severe emotional and mental harm and stress.

## FACTUAL ALLEGATIONS

On numerous previous occasions, Defendant has requested plaintiff to provide validation of this debt pursuant to the Fair Debt Collection Practices Act (FDCPA). Plaintiff has failed to provide any type of validation that this debt was incurred by defendant. Plaintiff has constantly and continually harassed defendant, subsequent to being informed that plaintiff lacked validation that defendant was the responsible party of this debt. Plaintiff has no legal right to harass defendant about a debt that defendant never incurred and that plaintiff is unable to prove.

## CONCLUSION

Based on the aforementioned, defendant has clearly demonstrated that defendant will prevail on the claim.

## FIRST CLAIM FOR RELIEF

(Harassment)

Plaintiff has maliciously and willfully harassed defendant for a debt that defendant never incurred. This harassment by plaintiff has caused defendant to suffer severe and extreme emotional and mental stress as well having to seek medical care in order to sleep at night.

## JURY DEMAND

Defendant hereby does not request a jury trial on issues raised in this complaint.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

Compensatory, general damages, and punitive damages, amounting to $950,000.00.

Dated: Mar 18, 2021

*Marvina McAdory*

Marvina McAdory, plaintiff pro per

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MARVINA MCADORY, an individual; and DOES 1 through 100, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
CAVALRY SPV I, LLC.

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin escuchar su version. Lea la informacion a continuacion.*

*Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Leagal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov), o poniendose en contacto con la corte o el colegio de abogados locales. ¡AVISO! Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y direccion de la corte es):*
Los Angeles County Superior Court-Civil Division
12720 Norwalk Blvd., Rm. 101, Norwalk CA 90650

**CASE NUMBER:** 21NWLC08923
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MATTHEW W. QUALL, #183759/RANJEET K. BRAR, #297142/Tiffany A Puck, #323159, Claudia Yvette Case, #328212 /Ingrid V. Caero, #317349(888) 289-1231
QUALL CARDOT, LLP, 205 EAST RIVER PARK CIRCLE, SUITE 110, FRESNO, CA 93720

**DATE:** 03/09/2021
*(Fecha)*

**Clerk, by** Sherri R. Carter Executive Officer / Clerk of Court, **Deputy**
*(Secretario)* V. Owens *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [ ] on behalf of (specify):

under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
       [ ] other (specify):
4. [ ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California

SUMMONS

Code of Civil Procedure §§ 412.20, 465

Electronically FILED by Superior Court of California, County of Los Angeles on 03/09/2021 07:59 AM Sherri R. Carter, Executive Officer/Clerk of Court, by V. Owens, Deputy Clerk

Matthew W. Quall, #183759
Ranjeet K. Brar, #297142
Tiffany A. Pack, #323159
Claudia Yvette Case, #328212
Ingrid V. Caero, #317349
Quall Cardot LLP
205 East River Park Circle, Suite #110
Fresno, California 93720
(888) 289-1231 Phone
(559) 418-0330 Fax

Attorneys for Plaintiff
CAVALRY SPV I, LLC

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF Los Angeles

| | |
|---|---|
| CAVALRY SPV I, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARVINA MCADORY, an individual; and DOES 1 through 100, inclusive, <br> Defendants. | Case No. 21NWLC08923 <br><br> Limited Civil Case <br><br> **COMPLAINT FOR COMMON COUNTS** <br><br> 1. Account Stated <br> 2. Open Book <br><br> **Demand Amount: $3,589.76** |

## BACKGROUND ALLEGATIONS

1. At all times herein mentioned, Plaintiff was, and now is, a limited liability company with its principal place of business located in Valhalla, New York, and at all times mentioned herein, was, and now is, authorized to do business in the State of California.

2. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and, on that basis, alleges that each of these fictitiously named Defendants is responsible in some manner for the acts or omissions in this Complaint, and that Plaintiff's damages and injuries were proximately caused by the acts or omissions of these Defendants.

Complaint for Common Counts — 1 —

3. Plaintiff knows the identities of DOES 51 through 100, inclusive, believes they have damaged it, but is unaware of their capacity or conduct as described in this Complaint. Because Plaintiff is ignorant of their capacity or conduct, it sues them fictitiously. Plaintiff will seek leave to amend the Complaint when it has knowledge of facts indicating the true nature of their capacity and conduct in the events described in this Complaint.

4. At all times mentioned in this Complaint, each Defendant was the agent, servant, and/or employee of each of the remaining Defendants and was, in doing the things complained of, within the scope of his, her, or its agency and employment, and acting with full knowledge or subsequent ratification of his, her, or its principals or employees.

5. Defendants, and each of them, reside in this Judicial District. The account herein described was entered into and/or performed in this Judicial District such that this Judicial District is the proper venue for this action. (California Code of Civil Procedure section 395.) The obligation sued upon is not subject to the provisions of California Civil Code section 2984.4, nor California Civil Code section 1812.10.

6. Plaintiff is a debt buyer that is regularly engaged in the business of purchasing charged-off consumer debt for collection purposes, as defined in California Civil Code section 1788.50, subdivision (a)(1). The nature of the underlying debt and transaction which forms the basis for this complaint stems from the issuance of credit on an account Defendant(s) held with Citibank, N.A. account number ending in 0663 (hereinafter referred to as the "Account"), and Defendant(s)' failure to pay the balance due on the Account, resulting in a default on the Account by Defendant(s).

7. Plaintiff is the sole owner of the Account which forms the basis for this Complaint.

8. As of 03/17/2020, the date the Account was charged off by Citibank, N.A., the balance on the Account was $3,589.76.

9. The last payment on the Account by Defendant(s) was 11/09/2019.

10. At the time the Account was charged-off, the name and address of the charge-off creditor and the charge-off creditor's account number associated with the Account was: Citibank, N.A. BOX 6500 SIOUX FALLS, SD 57117, account number ending in 0663.

11. The name and last known address of the Defendant(s) as they appeared in Citibank, N.A.'s records prior to the sale of the Account was MARVINA MCADORY 1743 W 49TH ST LOS ANGELES, CA 90062-0000.

12. The names and addresses of all persons or entities that purchased the Account after charge-off, including Plaintiff are as follows: Cavalry SPV I, LLC 500 Summit Lake Drive, Suite 400 Valhalla, NY 10595. (True and correct copies of the chain of title reflecting the purchasers of the Account up through and including Plaintiff are attached hereto and incorporated herein by reference as though fully set forth herein as Exhibit 1.) All rights, title, and interest in the Account, which is the subject of the lawsuit were assigned to Plaintiff.

13. Plaintiff has complied with California Civil Code section 1788.52.

14. A true and correct copy of a contract or other document described in subdivision (b) of section 1788.52 of the California Civil Code is attached hereto and incorporated herein by reference as though fully set forth herein as Exhibit 2.

## FIRST CAUSE OF ACTION

### (Account Stated)

15. Plaintiff alleges each and every allegation contained in the Background Allegations, and incorporates them by this reference as though set forth in full.

16. An account has been stated between Defendant(s), and each of them, and Citibank, N.A. in the sum of $3,589.76.

17. Defendant(s)' last payment was made on 11/09/2019.

18. Defendant(s), and each of them, are in default in that they have failed to pay the balance due.

19. Therefore, Defendant(s), and each of them are in default in the sum of $3,589.76.

20. As the sole owner of the Account, Plaintiff is entitled to the sum of $3,589.76.

21. No part of said sum has been paid, although demand therefor has been made, and there is now due, owing and unpaid from said Defendant(s), and each of them, to Plaintiff, said amount.

## SECOND CAUSE OF ACTION

### (Open Book)

22. Plaintiff alleges each and every allegation contained in the Background Allegations, and incorporates them by this reference as though set forth in full.

23. Within four (4) years last past, Defendant(s), and each of them, became indebted to Citibank, N.A. on an open book account for money due in the sum of at least $3,589.76. Although demand therefore has been made, said Defendant(s), and each of them, have failed and refused to pay said agreed balance. There is now due, owing and unpaid from said Defendant(s), and each of them, the sum of $3,589.76.

24. As the sole owner of the Account, Plaintiff is entitled to the sum of $3,589.76.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, as follows:

**AS TO AND FOR ALL CAUSES OF ACTION:**

1. For the charged-off balance of $3,589.76;
2. For costs of suit incurred herein; and
3. For such other and further relief as the Court may deem just and proper.

Dated: FEB 1 6 2021

QUALL CARDOT LLP

By _____
[ ] Matthew W. Quall
[X] Ranjeet K. Brar
[ ] Tiffany A. Pack
[ ] Claudia Yvette Case
[ ] Ingrid V. Caero

Attorneys for Plaintiff
CAVALRY SPV I, LLC

Complaint for Common Counts — 4 —

## PROOF OF SERVICE

**In re: CAVALRY SPV I, LLC V. MARVINA MCADORY; STATE CASE #21NVVLC08923**

I, **ROMAN ORTIZ**, domiciled in the County of LOS ANGELES.

I am over the age of eighteen and not a party to the within action; my domicile is,
**2017 LOMITA BLVD SUITE 2064, LOMITA CALIFORNIA 90717**

On **MARCH 22, 2021**, I MAILED the within document entitled:

### NOTICE OF REMOVAL

of the above entitled case, to THE UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA;

And on the parties in the within action by MAIL causing such document(s) to be delivered by United States Postal Mail to the offices of 1) plaintiff and 2) plaintiff's counsel addressed as follows:

1) **CAVALRY SPV I, LLC**
   **500 SUMMIT LAKE DRIVE, STE 400**
   **VALHALLA NY 10595**

2) **RANJEET KAUR BRAR, ESQ.**
   **QUALL CARDOT LLP**
   **205 E. RIVER PARK CIR. #110**
   **FRESNO CA 93720**

I declare under penalty of perjury that the foregoing is true and correct,

executed on March 22 2021 at LOS ANGELES, CALIFORNIA

_____
ROMAN ORTIZ

